December 26, 2013

| | | |
|---|---|---|
| CAAP–12–00 00111 | Cozo v. Hall | Affirmed |